UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNE BANNON, Individually, and ex rel. UNITED STATES OF AMERICA and THE STATES OF ILLINOIS,<br><br>Relators,<br><br>v.<br><br>EDGEWATER MEDICAL CENTER; DR. ANDREW CUBRIA; DR. RAVI BARNABAS; UNIVERSAL GERIATRIC SERVICES, INC.; ANTHONY TODD; THE WELLNESS INSTITUTE, INC.; DR. KRISHNASWAMI SIRIRAM; TWO HUNDRED PHARMACY, INC.,; JEFF W. VEAL; DOCTORS HOSPITAL OF HYDE PARK, INC.,<br><br>Defendants. | No. 00 C 7036<br><br>Judge Lindberg |

**UNITED STATES MOTION
TO AMEND JUDGMENT ORDER**

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, seeks to amend this court's order of September 28, 2006, and in support of which states as follows:

1. This *qui tam* action was filed on November 8, 2000 and was unsealed on May 1, 2002 after the United States declined to intervene in the action.

2. On September 28, 2006, this court entered a conditional order of dismissal without prejudice in this cause which will become a dismissal with prejudice if the case is not reinstated within 90 days of the date of that order.

3. Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of this

1

action with prejudice as to the relator, so long as the dismissal is without prejudice to the United States.

WHEREFORE, the United States asks that this court's order of September 28, 2006 be amended to reflect that the dismissal is without prejudice as to the United States.

>Respectfully submitted,
>
>PATRICK J. FITZGERALD
>United States Attorney
>
>By: /s/ Linda A. Wawzenski
>   LINDA A. WAWZENSKI
>   Assistant United States Attorney
>   219 South Dearborn Street
>   Chicago, Illinois 60604
>   (312) 353-1994

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**UNITED STATES MOTION TO AMEND JUDGMENT ORDER**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on June 21, 2006, to the following non-ECF filers:

Sidney R. Berger
Attorney at Law
Three First National Plaza
Suite 3700
Chicago, IL 60602

Devon C. Bruce
Powers, Rogers & Smith
70 West Madison Street
Suite 5500
Chicago, Illinois 60602

Willis Everette Brown
Willis E. Brown, Ltd.
120 West Madison Street
Suite 825
Chicago, Illinois 60602

/s Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1994